PER CURIAM HEADING









                                        NO.
12-07-00235-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

 

FOREMOST COUNTY 

MUTUAL INSURANCE
COMPANY,        §          APPEAL FROM THE 

APPELLANT

 

V.        §          DISTRICT
COURT OF

 

ROBERT WHISENHUNT, JR.,

APPELLEE   §          SAN
AUGUSTINE COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER CURIAM

            This appeal
is being dismissed for failure to comply with the Texas Rules of Appellate
Procedure.  Tex. R. App. P. 42.3. 
Pursuant to Rule 32.1, Appellant’s docketing statement was due to have
been filed at the time the appeal was perfected, i.e., June 26, 2007.  See Tex.
R. App. P. 32.1.  On that date,
this court notified Appellant that it should file a docketing statement within
ten days if it had not already done so.  

            Because
Appellant did not file a docketing statement as requested in our June 26, 2007
notice, this court issued a second notice on July 12, 2007 advising Appellant
that the docketing statement was past due. 
The notice also advised Appellant that the filing fee was due to have
been paid on or before July 6, 2007, but had not been received.  See Tex.
R. App. P. 5.  The notice further
provided that unless the docketing statement and filing fee were filed on or
before July 23, 2007, the appeal would be presented for dismissal in accordance
with Rule 42.3.  The date for filing the
docketing statement and the filing fee have passed, and Appellant has not
complied with the court’s request. 
Because Appellant has failed, after notice, to comply with Rules 5
and Rule 32.1, the appeal is dismissed.  See
Tex. R. App. P. 42.3(c).

Opinion delivered July 25, 2007.

Panel consisted of Worthen, C.J.,
Griffith, J., and Hoyle, J.

(PUBLISH)